# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>     Plaintiff,<br>v.<br>**ZURI AGUILAR-GARCIA,**<br>     Defendant. | **Case No. 2:14-cr-00232**<br>**Judge Peter C. Economus**<br>**Magistrate Judge Elizabeth P. Deavers**<br>**MEMORANDUM OPINION AND ORDER** |

This matter is before the Court for consideration of the Report and Recommendation of the Magistrate Judge. (ECF No. 18.) Magistrate Judge Deavers found that Defendant's plea of guilty to Count One of the Information was knowingly and voluntarily made with the understanding of the nature and meaning of the charge and of the consequences of his plea. The Magistrate Judge recommended that Defendant Zuri Aguilar-Garcia's guilty plea to Count One of the Information be accepted.

There being no objections, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 18.) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts the plea agreement and Defendant's plea of guilty to Count One of the indictment, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

*[signature]*
**UNITED STATES DISTRICT JUDGE**